

November 30, 2018

<u>Via ECF</u>
Honorable Deborah A. Batts
United States District Judge
500 Pearl Street
New York, New York 10007

          Re: <u>United States v. Jordan Cohen</u>
             <u>Ind.#</u>: 17 Cr. 289

Dear Judge Batts:

    Sentencing for Mr. Cohen is scheduled for January 14, 2019. However, we have just received the initial PSR prior to the Thanksgiving holiday. We have forwarded the PSR to Mr. Cohen and we are in the process of preparing any potential corrections or objections. In addition, we continue to gather information pursuant to § 3553 for the Court's consideration at sentencing and could use additional time to do so. We are therefore respectfully seeking an adjournment of Mr. Cohen's sentencing hearing.

    We have spoken to the government, and they have no objection to our request. We respectfully propose the following sentencing schedule for the Court: Defense submissions: due January 14, 2019. Government submissions: due January 28, 2019. We further propose that the Court schedule the sentencing hearing for February 15, 2019 or any date thereafter that is convenient for the Court.

    Thank you for your consideration.

                                        Very Truly Yours,

                                        SULLIVAN & BRILL, LLP

                                        _____
                                        By: Steven Brill, Esq.