

TRINITY CENTRE
115 BROADWAY, 17TH FLOOR
NEW YORK, NY 10006
TEL: (212) 566-1000
FAX: (212) 566-1068

January 3, 2019

<u>Via ECF</u>
Honorable Deborah A. Batts
United States District Judge
500 Pearl Street
New York, New York 10007

        Re: <u>United States v. Jordan Cohen</u>
           Ind.#: 17 Cr. 289

Dear Judge Batts:

    In our November 30th letter to the Court, we requested that sentencing be adjourned until February 15th, 2019. The Court granted our request for an adjournment and set new sentencing submission deadlines. A new sentencing hearing date is not yet scheduled. Please note that in that letter I mistakenly requested a sentencing hearing date of February 15. However, I will be out of the State on that date. As an alternative, I respectfully request a sentencing hearing date of February 21 or 22, 2019, or any other date convenient for the Court.

    The government has no objection to my request.

    Thank you for your consideration.

        Very Truly Yours,

        SULLIVAN & BRILL, LLP

        _____
        By: Steven Brill, Esq.