

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __2/26/2019__

TRINITY CENTRE
115 BROADWAY, 17TH FLOOR
NEW YORK, NY 10006
TEL: (212) 566-1000
FAX: (212) 566-1068

February 23 2019

<u>Via ECF</u>
Honorable Deborah A. Batts
United States District Judge
500 Pearl Street
New York, New York 10007

<u>Re</u>: <u>United States v. Jordan Cohen</u>
Ind.#: 17 Cr. 289

Dear Judge Batts:

Our sentencing submission is due Monday, February 25, 2019. We have been working diligently on it, and expect to have it completed by the due date. However, it is important that we review the contents of the memorandum with Mr. Cohen, who is incarcerated at the MDC, prior to its submission. We therefore would request the opportunity to do that, and thus seek until Friday, March 1, 2019 to file our submission.

GRANTED.

The government has no objection to my request. They ask only that they be permitted additional time to respond.

Thank you for your consideration.

The Government's submission is due four days later than its original due date. The Clerk of the Court is directed to close docket nos. 49 and 52.

SO ORDERED. 2/26/2019

Very Truly Yours,

SULLIVAN & BRILL, LLP

_____
By: Steven Brill, Esq.

Deborah A. Batts
United States District Judge